**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, | Case No. 1:14-cv-00244-LJO-GSA |
| Plaintiff, | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | *Current Date:* May 27, 2014 |
| CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, | *Proposed New Date:* July 29, 2014 |
| | Time: 9:00 a.m. |
| | Ctrm: 10 (6th Floor) |
| | Judge: Gary S. Austin, U.S. Magistrate |
| Defendant. | |

## ORDER

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference ("MSC") is continued to July 29, 2014 at 9:30 a.m., along with the following attendant dates:

7/15/14   Last day to complete Rule 26(f) meeting of counsel; and

7/21/14   Last day to file Joint Scheduling Report.

IT IS SO ORDERED.

1    Dated:   **May 14, 2014**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE
2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28