UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>CENTEX HOMES, et al.,<br><br>　　　　　　**Defendants.** | 1:14-CV-244-LJO-GSA<br><br>**MEMORANDUM DECISION AND ORDER RE DEFENDANT'S MOTION TO DISMISS (DOC. 11)** |

　　　This case concerns a dispute between the parties concerning their rights and duties in an underlying action currently pending in Kern County Superior Court. Defendants Centex Homes and Centex Real Estate Corporation ("Centex") constructs residential homes throughout California. St. Paul Mercury Insurance Company ("St. Paul") is an insurance provider and provided insurance to one of Centex's subcontractors, with Centex named as an additional insured under the policy ("the insurance policy").

　　　Centex has been the defendant in a number of cases currently pending in this Court and elsewhere concerning lawsuits over alleged construction defects in the homes Centex has been involved in building and the insurance policies insuring the construction of those homes. St. Paul brought this suit due to Centex's alleged breach of one of those insurance policies. *See* Doc. 9 at 1. Likewise, Travelers Indemnity Company of Connecticut ("Travelers") brought suit against Centex in this Court for the exact same reasons as St. Paul. Centex moved to dismiss Travelers's complaint, which this Court denied on May 15, 2014. *See Travelers v. Centex*, No. 14-CV-217, 2014 WL 2002320 (E.D. Cal. May 15, 2014) ("the *Travelers* case").

　　　Centex has also moved to dismiss St. Paul's complaint in its entirety. The Court has reviewed the

1

record and the parties' submissions in their entirety and finds that the materials facts of the *Travelers* case and the arguments Centex made in support of its motion to dismiss that case are essentially identical to those involved in this case. That is, the Court finds that the Order denying Centex's motion to dismiss in the *Travelers* case is directly applicable to Centex's motion to dismiss here.

For the reasons more thoroughly discussed in the Court's May 15, 2014 Order in the *Travelers* case, Centex's motion to dismiss is GRANTED IN PART and DENIED IN PART. Specifically, the Court DENIES Centex's motion to dismiss St. Paul's first and second causes of action and GRANTS Centex's motion to dismiss Plaintiff's third cause of action. Plaintiffs shall file any amended complaint within 20 days of electronic service of this order, but will be given only one chance to do so if it wishes. This Court is not, and should not be, a service for writing pleadings for parties by having to rule on pleading decisions more than once.

The May 29, 2014 hearing date is VACATED.

IT IS SO ORDERED.

Dated:   **May 20, 2014**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

2