**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera, Esq. (SBN 192390)
Kari M. Myron, Esq. (SBN 158592)
Angela Zanin-Wog, Esq. (SBN 229149)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com
azanin@aguileragroup.com

Attorneys for Plaintiff, ST. PAUL MERCURY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 1:14-cv-00244-LJO-GSA <br> [Honorable Lawrence J. O'Neill] <br><br> **ORDER FOR BRIEFING SCHEDULE ON CENTEX'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

/ / /

/ / /

/ / /

1

CASE NO.: 1:14-CV-00244-LJO-GSA
ORDER FOR BRIEFING SCHEDULE ON MOTION TO DISMISS AND TO
CONTINUE CASE MANAGEMENT CONFERENCE

1  The Court HEREBY ORDERS the following dates and briefing schedule:

2  • July 2, 2014: Last day for Centex to file Motion to Dismiss Travelers'
3  Second Amended Complaint ("SAC");
4  • July 21, 2014: Last day for Travelers to file Opposition to Motion to
5  Dismiss Travelers' SAC;
6  • July 30, 2014: Last day for Centex to file Reply to Travelers' Opposition
7  to Motion to Dismiss SAC;
8  • August 13, 2014 at 8:30 a.m. in Courtroom 4 (LJO): hearing date on Centex's
9  Motion to Dismiss SAC; and
10 • August 27, 2014 at 10:00 a.m. in Courtroom 10 (GSA): Mandatory Scheduling
11 Conference.

**SO ORDERED**
**Dated: June 17, 2014**

                                                               /s/ Lawrence J. O'Neill
                                                          **United States District Judge**

2

CASE NO.: 1:14-CV-00244-LJO-GSA
ORDER FOR BRIEFING SCHEDULE ON MOTION TO DISMISS AND TO
CONTINUE CASE MANAGEMENT CONFERENCE