1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, | Case No. 1:14-cv-00244-LJO-GSA |
| Plaintiff, | **U.S. District Court Judge: The Hon. Lawrence J. O'Neill** |
| v. | **U.S. Magistrate Judge:  The Hon. Gary S. Austin** |
| CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, , | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE STATUS REPORT BY ONE WEEK** |
| Defendants. | Trial Date:        None |

1

1    Parties' Joint Stipulation to Extend Time to File Status Report by One Week was filed with

2  the Court on September 11, 2014.  After full consideration of the matter

3

4    The Parties' Joint Stipulation extending the deadline to submit a Joint Status Report to

5  Judge Austin by seven (7) days to **September 24, 2014** is GRANTED.

6

7

8

9  IT IS SO ORDERED.

10    Dated:   **September 13, 2014**           **/s/ Gary S. Austin**

11                                      UNITED STATES MAGISTRATE JUDGE

12

PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28