PAYNE & FEARS LLP
ATTORNEYS AT LAW
JAMBOREE CENTER, 4 PARK PLAZA, SUITE 1100
IRVINE, CALIFORNIA 92614
(949) 851-1100

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>        Plaintiff,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, ,<br><br>        Defendants. | Case No. 1:14-cv-00244-LJO-GSA<br><br>(Related to:<br>1:14-cv-00217-LJO-GSA;<br>1:14-cv-00451-LJO-SKO;<br>1:14-cv-00452-LJO-GSA;<br>1:14-cv-00601-LJO-SAB;<br>1:14-cv-00826-LJO-GSA;<br>1:14-cv-00992-LJO-BAM;<br>1:14-cv-01348-LJO-GSA;<br>1:14-cv-01384-LJO-GSA; and<br>1:14-cv-01450-LJO-GSA)<br><br>**The Hon. Lawrence J. O'Neill** |
| CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, ,<br><br>        Counterclaimants,<br><br>    v.<br><br>ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation,<br><br>        Counterdefendants.. | **ORDER GRANTING STIPULATION WITHDRAWING CENTEX'S ANSWER AND COUNTERCLAIM AND SETTING BRIEFING SCHEDULE** _____<br><br>Trial Date:       None |

## **ORDER**

The Court HEREBY ORDERS the following dates and briefing schedule:

- October 24, 2014:  Last day for Centex to file an Answer and Counterclaim to Travelers' Third Amended Complaint;
- November 7, 2014:  Last day for Travelers to file Motion to Dismiss Centex's Counterclaim;
- November 21, 2014:  Last day for Centex to file opposition to Motion to Dismiss Centex's Counterclaim;
- December 8, 2014:  Last day for Travelers to file reply to Centex's opposition to Motion to Dismiss Counterclaim; and
- December 16, 2014 at 8:30 a.m.:  Hearing date on Travelers' Motion to Dismiss Centex's Counterclaim.

IT IS SO ORDERED.

Dated:   **October 8, 2014**            **/s/ Lawrence J. O'Neill**
                                       UNITED STATES DISTRICT JUDGE