# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, *et al.*,<br><br>    Defendants. | Case No.  1:14-CV-00244 LJO EPG<br><br>**ORDER TO MODIFY SCHEDULING ORDER** |

The Court, having considered the parties' Joint Stipulation to Modify Scheduling Order (ECF No. 55) and good cause appearing therein, orders the following deadlines to be continued as follows:

///
///
///
///
///
///
///
///

1

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Nonexpert Discovery Cut-Off | August 5, 2016 | November 3, 2016 |
| Expert Disclosure | September 2, 2016 | November 3, 2016 |
| Rebuttal Expert Disclosure | October 7, 2016 | November 17, 2016 |
| Expert Discovery Cutoff | November 11, 2016 | December 16, 2016 |
| Nondispositive Motion Filing Deadline | November 11, 2016 | December 16, 2016 |
| Dispositive Motion Filing Deadline | December 12, 2016 | January 30, 2017 |
| Pretrial Conference | March 21, 2017 | April 18, 2017 |
| Trial | May 23, 2017 | May 23, 2017 |

The new deadlines have been adjusted from the dates requested by the parties consistent with the procedural posture of this case. Compliance with the new dispositive motion filing deadline requires that any dispositive motions be filed and heard sufficiently in advance of the Pretrial Conference so that the Court may grant effective relief within the allotted time. Thus, in accordance with the new dispositive motion filing deadline, any dispositive motion must be noticed for hearing no later than **March 8, 2017**. A party's failure to have a dispositive motion heard in advance of this deadline may result in a denial of the motion as untimely.

IT IS SO ORDERED.

    Dated:   **April 20, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE