# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, a Connecticut corporation, TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation<br><br>Plaintiff,<br><br>v.<br><br>CENTEX HOMES, a Nevada general partnership; CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive, ,<br><br>Defendants. | Case No. 1:14-cv-00244-LJO-EPG<br><br>The Hon. Lawrence J. O'Neill<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Trial Date:        May 23, 2017 |

Pursuant to the stipulation between Plaintiffs ST. PAUL MERCURY INSURANCE COMPANY and TRAVELERS INDEMNITY COMPANY OF CONNECTICUT and Defendants CENTEX HOMES and CENTEX REAL ESTATE CORPORATION, the above-captioned action is hereby dismissed without prejudice. Each party is to bear its own costs. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **November 4, 2016**          /s/ Lawrence J. O'Neill
                                         UNITED STATES CHIEF DISTRICT JUDGE